UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, ) <br> ) <br> Plaintiff, ) <br> ) <br> v. ) <br> ) <br> JOHN DOE, subscriber assigned IP address ) <br> 74.96.197.107, ) <br> ) <br> Defendant. ) <br> _____ ) | Civil Case No. 1:22-cv-01026-CMH-WEF |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND
## VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT

**PLEASE TAKE NOTICE**, Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Defendant John Doe, subscriber assigned IP address 74.96.197.107 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 31, 2022

So Ordered
Claude M. Hilton
USDJ
Nov. 2, 2022

Respectfully submitted,

/s/ Dawn M. Sciarrino
Dawn M. Sciarrino, Esq.
The James Law Firm PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
(202) 256-9551 (cell)
(202) 217-3929 (fax)
dsciarrino@jmjameslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.