AO 121 (6/90)

| TO: | |
|---|---|
| Register of Copyrights<br>Copyright Office<br>Library of Congress<br>Washington, D.C. 20559 | REPORT ON THE<br>FILING OR DETERMINATION OF AN<br>ACTION OR APPEAL<br>REGARDING A COPYRIGHT |

In compliance with the provisions of 17 U.S.C. 508, you are hereby advised that a court action or appeal has been filed on the following copyright(s):

| ☑ ACTION ☐ APPEAL | COURT NAME AND LOCATION |
|---|---|
| | United Stated District Court - Eastern District of Virignia |
| DOCKET NO. 1:22-cv-01026 | DATE FILED 9/9/2022 |

| PLAINTIFF | DEFENDANT |
|---|---|
| STRIKE 3 HOLDINGS, LLC | JOHN DOE subscriber assigned IP address 74.96.197.107 |

| COPYRIGHT REGISTRATION NO. | TITLE OF WORK | AUTHOR OR WORK |
|---|---|---|
| 1 | SEE ATTACHED | |
| 2 | | |
| 3 | | |
| 4 | | |
| 5 | | |

In the above-entitled case, the following copyright(s) have been included:

| DATE INCLUDED | INCLUDED BY<br>☐ Amendment  ☐ Answer  ☐ Cross Bill  ☐ Other Pleading |||
|---|---|---|---|
| COPYRIGHT REGISTRATION NO. | TITLE OF WORK || AUTHOR OF WORK |
| 1 | | | |
| 2 | | | |
| 3 | . | | |

In the above-entitled case, a final decision was rendered on the date entered below. A copy of the order or judgment together with the written opinion, if any, of the court is attached.

| COPY ATTACHED | WRITTEN OPINION ATTACHED | DATE RENDERED |
|---|---|---|
| ☒ Order  ☐ Judgment | ☐ Yes  ☒ No | 11/2/2022 |

| CLERK | (BY) DEPUTY CLERK | DATE |
|---|---|---|
| Fernando Galindo | | |

DISTRIBUTION:
1) Upon initiation of action, mail copy to Register of Copyrights
2) Upon filing of document adding copyright(s), mail copy to Register of Copyrights
3) Upon termination of action, mail copy to Register of Copyrights
4) In the event of an appeal, forward copy to Appellate Court
5) Case File Copy

Exhibit A to the Complaint

**Location:** Springfield, VA  **IP Address:** 74.96.197.107
**Total Works Infringed:** 30  **ISP:** Verizon Fios

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 1 | Info Hash: E7B86A91C9774ECB7EF347F3A70BF1D6986E4F5B<br>File Hash:<br>085E44BE6C8448BB8977EC75312EF0B1F25F9A4F6073B20F4FDF0D286A5B8FCE | 08-24-2022 01:30:54 | Blacked Raw | 05-09-2022 | 05-20-2022 | PA0002350381 |
| 2 | Info Hash: 9E38D189E1245503E8D949FA71659D0EF9184334<br>File Hash:<br>E5D009BBC7C5791AE49D39A6DD5EE0B0C35C2C7A743DFB2C321D8129E308FDEB | 08-12-2022 00:48:35 | Blacked | 07-30-2022 | 08-30-2022 | PA0002367742 |
| 3 | Info Hash: 3344C8CDFF9B33348E149E2D460B5D0E8B75DAAD<br>File Hash:<br>23CE6E0056F366425418B280EC88830ACA49AC1CD615D692EA984E455F913557 | 08-08-2022 00:17:04 | Vixen | 08-05-2022 | 08-29-2022 | PA0002367737 |
| 4 | Info Hash: C25B07DD42C1D4F6DCC7B9E710C39B288C372873<br>File Hash:<br>8853215782EB82BBA73BEF2F16DFD693618BC990315A668C4C65EDE3D4C18B9D | 08-05-2022 12:42:42 | Slayed | 05-10-2022 | 06-09-2022 | PA0002361671 |
| 5 | Info Hash: 9F12ECEF59E0312E67FA7E865AF0EB10A4A6F69D<br>File Hash:<br>690B687F739D1693DF49F5945501C97AE56B57C866818805106EA2B6944283B1 | 08-05-2022 12:02:11 | Slayed | 12-14-2021 | 01-07-2022 | PA0002337928 |
| 6 | Info Hash: 2E1D70AA1938818734EEEAAB4E4EC50A131F4B4C<br>File Hash:<br>CD0ABF831ABB4A56C20D6735401890DED02958CF2EE4B086C34986E1288C22D9 | 08-05-2022 04:25:32 | Slayed | 03-08-2022 | 04-21-2022 | PA0002353782 |
| 7 | Info Hash: 08AC20B9DB7FB51BD3BE467CA69E0540AD2AC3B8<br>File Hash:<br>B3345667BF647588B3BF2E374F7BE576D577EC5A2110627608C6DE8209B8A2A5 | 08-05-2022 04:03:50 | Slayed | 12-28-2021 | 02-03-2022 | PA0002341801 |
| 8 | Info Hash: E1B18F17B5F9143908422AFBF74D4E1C640D76BF<br>File Hash:<br>375F7901269B797F46E636775EDB5B825FFDDC063DF7C9E2BF078C9F33CBB715 | 08-05-2022 02:09:25 | Slayed | 09-09-2021 | 09-30-2021 | PA0002320424 |
| 9 | Info Hash: F95EEB9571BFEA705DB7AA70AF8CA1592A1BFCD6<br>File Hash:<br>FE4BF7B3AF58F7BAF47057A5DF77C5359F9149880E31F54FE70DAF86FF920506 | 08-05-2022 01:39:52 | Slayed | 09-23-2021 | 11-01-2021 | PA0002326412 |
| 10 | Info Hash: 47A12498ADC64CC7ACBAEE90348119478B8E025A<br>File Hash:<br>915017F7ED66E27BBD16B560A755C824AF433D60759B411E2EE29C9B64B0B231 | 08-05-2022 01:19:15 | Slayed | 11-23-2021 | 12-03-2021 | PA0002333377 |
| 11 | Info Hash: 176EFE807389527C9D12354FBABDF1D3CDB60021<br>File Hash:<br>4A43D83268FF0EF00C6FA06092932338DA1F0A44A37765AD39A4820CF1E8ABDA | 08-05-2022 00:51:19 | Slayed | 09-02-2021 | 09-30-2021 | PA0002319733 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 12 | Info Hash: F86B96CCF6C496D0C406C7273B5E30B8E514B922<br>File Hash: F63047B5A7C9F5300BF40D59BA86AD39062D43731978FB05EC9FFBDD81A60FCF | 08-05-2022 00:47:39 | Slayed | 04-26-2022 | 06-09-2022 | PA0002361665 |
| 13 | Info Hash: A5FAE42AA7C1CB46217DFF475AAC6A8C2EFF24D8<br>File Hash: 236847EB8250112E0F5A6AAA7C863B23A5BC2D25775573EF83EE254377F5114B | 08-04-2022 12:38:43 | Slayed | 01-04-2022 | 02-03-2022 | PA0002341800 |
| 14 | Info Hash: 7B764EE2F5BC495DBFC59478AD1995F6CFE9ABB2<br>File Hash: 61817FA9B2F439CDA43ECD698CB91B6FBC3A4927628BAC70BA9F18D1C4A78A1F | 08-04-2022 12:38:24 | Slayed | 10-21-2021 | 11-01-2021 | PA0002326406 |
| 15 | Info Hash: 245A5C51D8F02C1E494EBCB0B9C0CBC6C489D8C3<br>File Hash: 56583E8292F7DA530DDA278E5FBE988F87FDCD7BFB5F5B296F3DC9A3DF5D4250 | 08-04-2022 12:09:55 | Slayed | 02-15-2022 | 03-04-2022 | PA0002345470 |
| 16 | Info Hash: 327146C6DC1195EBD0B73C4A51FAC465A66E2E4C<br>File Hash: 147B632264D1F887950199518E58EA296D8406F1C128621B4869F6B21B1FD1FD | 08-04-2022 12:09:52 | Slayed | 01-25-2022 | 02-03-2022 | PA0002341780 |
| 17 | Info Hash: EA8D4FA02081A74E74A40734B45BE53ACD90F222<br>File Hash: 807CED7CF70AB6F8A3640B36BE1C8AD370B7A560C9BA6C4CDA6D6C2B3EAD6EF1 | 07-30-2022 02:35:39 | Slayed | 09-29-2021 | 11-01-2021 | PA0002326409 |
| 18 | Info Hash: 74F76BD0DDF29BEFDEFDEE11EAB7729F803CBDF8<br>File Hash: 84D6DD5007AB50B0846843B08ECAE24D7247163AD55DE23B8E0B8F6CF08B411B | 07-30-2022 02:07:53 | Slayed | 08-26-2021 | 09-08-2021 | PA0002316103 |
| 19 | Info Hash: A3D90C92D45295CC6E3B4EF0A49BA83680177387<br>File Hash: EA45AD1B5606F44604A99CE0F1FCEEB7E78BD9FFF7339E06FBEEACB1894FE89D | 07-30-2022 02:06:28 | Slayed | 10-14-2021 | 11-01-2021 | PA0002326407 |
| 20 | Info Hash: 28F748ED412CD09A90BB250C6659D9377A64C9D0<br>File Hash: ACB21A169F416D3C8EC1AA41246B46C423CC50FB3AA6BA1F0452C04614A897F9 | 07-30-2022 01:43:25 | Slayed | 01-18-2022 | 02-03-2022 | PA0002341748 |
| 21 | Info Hash: 369BB2CBF693FE9A53AE3CB456FBB44C0DADFFBB<br>File Hash: 7C6FB05182276D4352E49119A57472E209ED3021DAD6B533B0DDF465154B1C28 | 07-30-2022 01:13:53 | Slayed | 11-18-2021 | 12-03-2021 | PA0002333376 |
| 22 | Info Hash: 7E5D7E8157A7E68F12128358E84CF946813209B8<br>File Hash: 2C40C066B753D4189306A779BC55DD7C7525FF0DED4336839650D77D98038CFA | 07-30-2022 00:48:20 | Slayed | 12-21-2021 | 01-07-2022 | PA0002337942 |
| 23 | Info Hash: 154D71A8B5B65C2B592B26975475B5DB70528547<br>File Hash: E18E48E9D3E29BC11EA3EA6DF74A8BAA3CCD5D3D2F4B050CBD5228DCD3732D12 | 07-30-2022 00:47:55 | Slayed | 06-28-2022 | 07-21-2022 | PA0002367493 |

| Work | Hashes | UTC | Site | Published | Registered | Registration |
|---|---|---|---|---|---|---|
| 24 | Info Hash: FC36D13620B85CCE9D9BA2992B2246E4002463DD<br>File Hash: 27E37F140F3F4FEBD1B2C1DF8D303B221A18BD99A64F63072769980136C22CD6 | 07-24-2022 01:30:06 | Slayed | 02-22-2022 | 03-04-2022 | PA0002345461 |
| 25 | Info Hash: E8E8BAD091CB7B58A5B028D7129264822D4D322E<br>File Hash: B94F69BB3BCE72D3FED7BD3E0CEBA119DCB045C8A2232574C9138A61403B203D | 07-23-2022 20:41:43 | Vixen | 07-22-2022 | 08-30-2022 | PA0002367741 |
| 26 | Info Hash: 67F86914D5BCA62A306F93AD73C4B368F72C0AEF<br>File Hash: 531D120E4FEEC17AA467FE20A330F514EB4D3087C26F80935541994223E9D9F0 | 07-04-2022 01:17:46 | Vixen | 07-01-2022 | 07-22-2022 | PA0002359463 |
| 27 | Info Hash: F6B84AB416F34CB9BE79EDA365317979F4A220C5<br>File Hash: 0FB78F55714EA23950972B09E842D7197F8578D153687E120421211BDCD7EC70 | 06-30-2022 12:17:10 | Slayed | 02-01-2022 | 03-04-2022 | PA0002345792 |
| 28 | Info Hash: 08F5484B186349154B46F5F383C576D740BAC702<br>File Hash: ED5283D0D8C08ECF6727181CDE9E0C299A151AB760A517D492C38239330C9D71 | 06-15-2022 01:13:58 | Blacked | 06-11-2022 | 06-27-2022 | PA0002355039 |
| 29 | Info Hash: 3B788828643C6C96FB116117FF5AE6879D24963C<br>File Hash: DACE135E0C947EF89F9BFB1C919C091D74C0E4C0E9F15D67E648528152BA5B50 | 06-07-2022 11:47:18 | Slayed | 01-11-2022 | 02-03-2022 | PA0002341794 |
| 30 | Info Hash: 9F6478F36D2C64CAC47006AC86A0CFFDE4BEEED6<br>File Hash: C1A2A9457246F2909922EC1F06E59880AB6AF20FBD0DE8DFAD00E1D4B1D222E9 | 06-03-2022 12:10:59 | Vixen | 05-27-2022 | 06-27-2022 | PA0002355035 |

UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF VIRGINIA
ALEXANDRIA DIVISION

| | |
|---|---|
| STRIKE 3 HOLDINGS, LLC, | ) |
| | ) |
| Plaintiff, | ) Civil Case No. 1:22-cv-01026-CMH-WEF |
| | ) |
| v. | ) |
| | ) |
| JOHN DOE, subscriber assigned IP address 74.96.197.107, | ) |
| | ) |
| Defendant. | ) |

## PLAINTIFF'S NOTICE OF SETTLEMENT AND VOLUNTARY DISMISSAL WITH PREJUDICE OF DEFENDANT

**PLEASE TAKE NOTICE**, Plaintiff Strike 3 Holdings, LLC ("Plaintiff") has settled this matter with Defendant John Doe, subscriber assigned IP address 74.96.197.107 ("Defendant"), through Defendant's counsel, Robert Cashman, Esq. Pursuant to the settlement agreement's terms, Plaintiff hereby voluntarily dismisses Defendant from this action with prejudice. Pursuant to Fed.R.Civ.P. 41(a)(1)(A)(i) Defendant has neither answered Plaintiff's Complaint nor filed a motion for summary judgment.

Consistent herewith Plaintiff consents to the Court having its case closed for administrative purposes.

Dated: October 31, 2022

So Ordered
Claude M. Hilton
USDJ
Nov. 2, 2022

Respectfully submitted,

*/s/ Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.
The James Law Firm PLLC
445 Hamilton Avenue, Suite 1102
White Plains, NY 10601
(202) 256-9551 (cell)
(202) 217-3929 (fax)
dsciarrino@jmjameslaw.com

## CERTIFICATE OF SERVICE

I hereby certify that on October 31, 2022, I electronically filed the foregoing document with the Clerk of the Court using CM/ECF and that service was perfected on all counsel of record and interested parties through this system.

By: /s/ *Dawn M. Sciarrino*
Dawn M. Sciarrino, Esq.